**Order of January 10, 2013 Withdrawn; Order filed February 12, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00833-CR
NO. 14-12-00834-CR
_____

**HIRAM BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 13
Harris County, Texas
Trial Court Cause Nos. 1806917 & 1806918**

---

## ORDER

On January 10, 2013, this Court issued an order in cause number 14-12-00833-CR abating the appeal and directing the trial court to conduct a hearing to determine if appellant wishes to pursue his appeal and rule on his attorney's motion to withdraw.

The trial court held a hearing at which it determined that appellant wished to pursue his appeals and requested appointment of an attorney.

Our order of January 10, 2013 is withdrawn. The appeal in cause no. 14-12-00833-CR is reinstated. The reporter's record in both appeals is due March 12, 2013.

PER CURIAM